UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID WILSON,

    Plaintiff,

v.

                                Case No. 2:21-cv-236

KRIS TASKILA, et al.,              Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On September 20, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court deny Defendant Lewis's motion for summary judgment (R&R, ECF No. 18). The R&R was duly served on the parties. No objections have been filed and the deadline for doing so expired on October 4, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Lewis's motion for summary judgment (ECF No. 15) is **DENIED**.

Dated: November 7, 2022                  /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE